UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER PONCE CASTELLON,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WARDEN,<br><br>　　　　Respondent. | Case No.  2:23-cv-01408-TLN-JDP<br><br>**ORDER** |

Petitioner Javier Ponce Castellon, a federal prisoner proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 6, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 10.)  Petitioner filed objections to the findings and recommendations, which the Court considered.  (ECF No. 11.)

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed on June 6, 2024 (ECF No. 10), are ADOPTED IN FULL;
2. Respondent's Motion to Dismiss (ECF No. 6) is GRANTED;
3. Petitioner's Motion for Summary Judgement (ECF No. 7) is DENIED as moot; and
4. The Clerk of Court is directed to close this case.

DATE: July 18, 2024

_____
Troy L. Nunley
United States District Judge